No. A–363 (73–5691). NORWOODS v. CALIFORNIA. Application for stay of execution of judgment and remittitur of the Court of Appeal of California, Fourth District, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–517. KAPLAN v. CONTINENTAL CAN CO., INC., ET AL. C. A. 3d Cir. Application for writ of mandamus and other relief presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–535. EPIFANIA v. UNITED STATES. C. A. 2d Cir. Application for stay of execution and enforcement of judgment of conviction presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. 72–1490. FEDERAL POWER COMMISSION v. TEXACO INC. ET AL.; and

No. 72–1491. DOUGHERTY, EXECUTOR, ET AL. v. TEXACO INC. ET AL. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 817.] Motion of Independent Petroleum Association of America for leave to file a brief as *amicus curiae* granted.

No. 72–1598. NATIONAL LABOR RELATIONS BOARD v. BELL AEROSPACE COMPANY, DIVISION OF TEXTRON, INC. C. A. 2d Cir. [Certiorari granted, *ante,* p. 816.] Motion of International Union, United Automobile, Aerospace & Agricultural Implement Workers of America (UAW) for leave to file a brief as *amicus curiae* granted.